| | |
|---|---|
| 1 | Santino M. Tropea (SBN 249215) |
| 2 | stropea@tropeamcmillan.com<br>Matthew McMillan (SBN 262394) |
| 3 | mmcmillan@tropeamcmillan.com<br>Brandon Vegter (SBN 234708) |
| 4 | bvegter@tropeamcmillan.com<br>TROPEA MCMILLAN LLP |
| 5 | 4747 Morena Blvd., Suite 250A<br>San Diego, CA 92117 |
| 6 | Telephone: (858) 703-8103<br>Facsimile: (858) 533-8813 |
| 7 | Attorneys for Defendants, Cross-Claimants |
| 8 | and Third-Party Plaintiffs Kim Hortman Buhler, as administrator and executor of the Estate of Barbara Hortman, |
| 9 | and Kim Hortman Buhler and Norman Alton Hortman III, as trustees of The Norman Alton Hortman and Barbara Hortman Revocable Trust No. 1 Dated July 2, 1985 |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC RESOURCES ASSOCIATES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUZY CLEANERS, an organization, form unknown, *et al.*<br><br>Defendants. | Lead Case No. 3:20-cv-00234-RBM-DEB<br>Consolidated Case No. 3:22-cv-01892-RBM-DEB<br>(Hon. Ruth Bermudez Montenegro)<br><br>**NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION BY KIM HORTMAN BUHLER, AS ADMINISTRATOR AND EXECUTOR OF THE ESTATE OF BARBARA HORTMAN, AND KIM HORTMAN BUHLER AND NORMAN ALTON HORTMAN III, AS TRUSTEES OF THE NORMAN ALTON HORTMAN AND BARBARA HORTMAN REVOCABLE TRUST NO. 1 DATED JULY 2, 1985**<br><br>Date: January 8, 2024<br>Courtroom: 5B<br>Judge: Hon. Ruth Bermudez Montenegro |

| | |
|---|---|
| AND RELATED COUNTER-ACTIONS, CROSS-ACTIONS AND THIRD-PARTY ACTIONS. | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on January 8, 2024, or as soon thereafter as counsel may be heard by this Court, Defendants Kim Hortman Buhler, as administrator and executor of the Estate of Barbara Hortman, and Kim Hortman Buhler and Norman Alton Hortman III, as trustees of The Norman Alton Hortman and Barbara Hortman Revocable Trust No. 1 Dated July 2, 1985 (collectively hereinafter, the "Hortmans") will and hereby do move this Court to issue an order:

a. Confirming and approving that the settlement agreement reached between Plaintiff Pacific Resources Associates, LLC ("Plaintiff") and the Hortmans is in good faith, fair, reasonable, and consistent with the intent of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601, *et seq.* and California Code of Civil Procedure ("CCP") §§ 877 and 877.6.

b. Discharging the Hortmans, and each of them, pursuant to the settlement agreement, CERCLA, and California Code of Civil Procedure §§ 877 and 877.6, from all liability for claims for implied and/or equitable indemnity, implied and/or equitable comparative contribution, indemnity or cost recovery under CERCLA § 107, indemnity or contribution under CERCLA § 113, indemnity or contribution under the Carpenter-Presley-Tanner Hazardous Substance Account Act ("HSAA") (Cal. Health & Safety Code § 25300, *et seq.*), or for any other cause of action based upon comparative fault, indemnity or otherwise arising from any alleged past negligence, act, omission, or misconduct of the Hortmans in connection

with the property located at 1680 East Valley Parkway, Escondido, California 92027 ("1680 Property") and the subject matter of this litigation. This bar order shall apply whether such claims are pending or could be asserted in the future pursuant to federal or state law.

    c. Dismissing all claims asserted in the action by Plaintiff against the Hortmans, with prejudice, with Plaintiff and the Hortmans each bearing their own attorneys' fees and costs.

    d. Dismissing all claims, cross-claims and third-party claims asserted in the action by any other party against the Hortmans related to the 1680 Property, with prejudice.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Matthew D. McMillan and accompanying exhibits, and all of the pleadings, files, and records in this action, and upon such other matters as may be presented at the hearing of this motion.

This motion is made following the conference of counsel that took place between November 30, 2023 and December 5, 2023. (*See* McMillan Decl., ¶¶ 13-19).

DATED: December 8, 2023

TROPEA MCMILLAN, LLP

*/s/ Matthew D. McMillan*
Matthew D. McMillan, Esq.
Attorneys for Defendants, Cross-Claimants and Third-Party Plaintiffs Kim Hortman Buhler as the court appointed administrator and executor of the Estate of Barbara Hortman, and Kim Hortman Buhler and Norman Alton Hortman III, trustees of The Norman Alton Hortman and Barbara Hortman Revocable Trust No. 1 Dated July 2, 1985